UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:21-cv-20475-JAL

SONIA TORRES,

    Plaintiff,

v.

PANERA, LLC,

    Defendant.
_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff, SONIA TORRES, by and through the undersigned counsel, files this Notice of Entry of Parties, requesting addition of Charles A. Mancuso, Esq. as Mediator to the matter, which was not added at the time of the filing of the Plaintiff's Notice of Filing Order Scheduling Mediation [DE 20].

    Respectfully submitted,

**/s/ Michael J. Lariosa**
Michael J. Lariosa, Esq.
Florida Bar No: 98644
Primary: MJL@fenstersheib.com
Secondary: ML-pleadings@fenstersheib.com
**FENSTERSHEIB LAW GROUP, P.A.**
**Attorneys for Plaintiff**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone:  (954) 456-2488
Facsimile:   (954) 867-1844

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**FENSTERSHEIB LAW GROUP, P.A.**
**Attorneys for Plaintiff**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone:  (954) 456-2488
Facsimile:   (954) 867-1844

**/s/ Michael J. Lariosa**
Michael J. Lariosa, Esq.
Florida Bar No: 98644
Primary: mlariosa@fenstersheib.com
Secondary: MJL-pleadings@fenstersheib.com

## **SERVICE LIST**

Ana Maria Marin, Esq.
Florida Bar No. 823007
Law Office of Ana Maria Marin, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, FL 33146-1432
Telephone: 305-777-0499
Facsimile: 305-777-0466
Email: amarin@marinlawpa.com